IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID A. LOCK,

    Petitioner,

v.                                            CASE NO. 1:07-cv-144-MP-AK

JAMES MCDONOUGH,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 16, Petitioner's motion for sanctions, and Doc. 17, Respondent's amended motion for extension of time.  Petitioner's motion for sanctions is based on Respondent's failure timely to answer his petition for writ of habeas corpus.

Having carefully considered the matter, the Court finds that the motion for sanctions is not well taken.  Respondent has explained his failure to answer the petition timely, and thus, sanctions are not appropriate.

As to Respondent's amended motion for extension of time, which follows an unfiled motion for extension of time, the Court finds the motion is well taken.

Accordingly, it is **ORDERED:**

That the motion for sanctions, Doc. 16, is **DENIED**;

That the amended motion for extension of time, Doc. 17, is **GRANTED**;

That Respondent shall file his response no later than **January 7, 2008**;

That Petitioner may file a reply no later than **February 7, 2008**.

**DONE AND ORDERED** this _6th_  day of December, 2007.

                                  *s/ A. KORNBLUM*
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**