IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID LOCK,

    Petitioner,

v.                                                   CASE NO. 1:07-cv-144-MP-AK

JAMES R. MCDONOUGH,

    Respondent.
_____/

### **O R D E R**

This matter is before the Court on Doc. 19, Respondent's motion for extension of time. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **February 8, 2008**, and Petitioner may file a reply no later than **March 8, 2008**.

**DONE AND ORDERED** this  *9th*  day of January, 2008.

                          *s/ A. KORNBLUM*
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**