IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID A. LOCK,

    Petitioner,

v.                                      CASE NO. 1:07-cv-144-MP-AK

JAMES MCDONOUGH,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Respondent's Motion for Extension of Time. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **February 19, 2008**. Petitioner may file a reply no later than **March 19, 2008**.

    **DONE AND ORDERED** this *12th* day of February, 2008.

                                  *s/ A. KORNBLUM*
                                  **ALLAN KORNBLUM**
                                  **UNITED STATES MAGISTRATE JUDGE**